# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EUGENIA TAYLOR PERKINS, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHEILA R. TYLER, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 2:10-CV-59-BO** |

**Decision by Court.**

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice. Plaintiff's Motion to Strike is DENIED. Plaintiff's "Motion for Dismissal of Employee and Assistant Title Reinstated" is DENIED as moot.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 4, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Eugenia Taylor Perkins (via regular mail 2072 Caratoke Highway, Moyock, NC 27958)

Grady L. Balentine, Jr. (via Notice of Electronic Filing)

| | |
|---|---|
| May 4, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |